IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-SBP

JAMES HUNTER,

    Plaintiff,

v.

ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity,
CHRIS SCHAFFER, Director of the Colorado Bureau of investigation, in his official capacity,
REGGIE MARINELLI, Sheriff of the Jefferson County Sheriff's Department, in his official capacity,
KEVIN FISHER, Chief of Police for the Lakewood Police Department, in his individual capacity,
STEVEN JENSON, Former Deputy District Attorney for the Jefferson County District Attorney's Office, in his individual capacity,
YVONNE M. WOODS, Officer, laboratory technician of the Colorado Bureau of Investigation, in her individual capacity,
ALEX JAMESON, Former Detective of the Lakewood Police Department, in his individual capacity,
RICHARD TEWES, Officer of the Lakewood Police Department, in his individual capacity, and
PATRICK WILSON, Officer of the Lakewood Police Department, in his individual capacity,

    Defendants.

## ORDER DRAWING CASE

Plaintiff, James Hunter, though counsel, has filed a Complaint (ECF No. 1) and has paid the filing fee. The Court has conducted a review of this matter pursuant to D.C.COLO.LCivR 8.1(b) and 28 U.S.C. § 1915A because Plaintiff is a prisoner and seeks redress from a governmental entity or officer or employee of a governmental entity. The Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge. *See* D.C.COLO.LCivR 8.1(c); D.C.COLO.LCivR 40.1. Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge.

DATED November 14, 2023.

BY THE COURT:

_____
Susan Prose
United States Magistrate Judge