AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| JAMES HUNTER, | ) |
| | ) |
| *Plaintiff(s)* | ) |
| | ) Civil Action No. 23-cv-02989-DDD-MEH |
| v. | ) |
| ALEXIS KING; | ) |
| CHRIS SCHAFFER; | ) |
| REGGIE MARINELLI; | ) |
| KEVIN FISHER; | ) |
| STEVEN JENSON; | ) |
| YVONNE M. WOODS; | ) |
| MICHELLE NELSON; | ) |
| ALEX JAMESON; | ) |
| RICHARD TEWES; | ) |
| and PATRICK WILSON; | ) |
| *Defendant(s)*. | |

**SUMMONS IN A CIVIL ACTION**

To: MICHELLE NELSON

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Kenneth Mark Burton The Law Offices of Mark Burton, PC 1175 Osage Street, Suite 210 Denver CO, 80204 Phone 303.517-1187 Email: burtonslaw2000@yahoo.com**.

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
designated by law to accept service of process on behalf of *(name of organization)*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: