# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-DDD-MEH

JAMES HUNTER,

                Plaintiff,

v.

ALEXIS KING;
CHRIS SCHAFFER;
REGGIE MARINELLI;
KEVIN FISHER;
STEVEN JENSEN;
YVONNE M. WOODS;
MICHELLE NELSON;
ALEX JAMESON;
RICHARD TEWES;
And PATRICK WILSON;

                Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Alexander James Dorotik, in-house counsel for the City of Lakewood, hereby enters his appearance on behalf of Defendants Alex Jameson and Richard Tewes, In accordance with D.C.COLO.LAttyR 5, the undersigned certifies that he is a member in good standing of the bar of this court.

1

Dated this 27th day of December, 2023.

    City of Lakewood

    */s/ Alex Dorotik*
    Alexander James Dorotik
    480 S. Allison Pkwy
    Lakewood, CO 80226
    (303) 987-7456/Fax: (303) 987-7671
    adorotik@lakewood.org

    *Attorney for Defendants Alex Jameson and Richard Tewes*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of December, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Alex Dorotik*