# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-DDD-MEH

JAMES HUNTER,

                         Plaintiff,

v.

ALEXIS KING;
CHRIS SCHAFFER;
REGGIE MARINELLI;
KEVIN FISHER;
STEVEN JENSEN;
YVONNE M. WOODS;
MICHELLE NELSON;
ALEX JAMESON;
RICHARD TEWES;
And PATRICK WILSON;

                         Defendants.

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO COMPLAINT

     Alexander James Dorotik, representing former Lakewood Police Department employees Alex Jameson and Richard Tewes, hereby files this Unopposed Motion for Extension of Time to Respond to Complaint and as grounds states as follows:

1

Defendant Alex Jameson was personally served on December 7, 2023. Defendant Richard Tewes was personally served on December 14, 2023. Another Defendant, Patrick Wilson, is also a former member of the Lakewood Police Department. To date, it does not appear as though he has been served, but, it is very likely that, if/when he is served, the Lakewood City Attorney's Office will represent him. It is anticipated that all three Defendants will file a joint response to the complaint.

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Alex Jameson and Richard Tewes respectfully move this Court for an extension of time of 28 and 21 days, respectfully, moving the due date for a responsive pleading to January 25, 2024 for both Defendants. Defendants conferred with counsel for Plaintiff regarding this requested extension, and Plaintiff does not oppose this motion.

This brief extension will not prejudice any party as, to date, there have not been an entry or responsive pleading filed for any of the 10 named Defendants. The modest extensions requested will not burden or prejudice Defendant or any third parties, and are consistent with the just, speedy, and inexpensive determination of this action. See Fed. R. Civ. P. 1.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion.

Dated this 27th day of December, 2023.

        City of Lakewood

        <u>*/s/ Alex Dorotik*</u>
        Alexander James Dorotik
        480 S. Allison Pkwy
        Lakewood, CO 80226
        (303) 987-7456/Fax: (303) 987-7671
        adorotik@lakewood.org

        *Attorney for Defendants Alex*
        *Jameson and Richard Tewes*

1

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of December, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Alex Dorotik*