IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-DDD-MEH

JAMES HUNTER,

    Plaintiff,

v.

ALEXIS KING, District Attorney for the First Judicial District, in her official capacity, et al.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    Rebecca P. Klymkowsky, Assistant Deputy County Attorney with the Jefferson County Attorney's Office and a member in good standing of the bar of this Court, hereby enters her appearance on behalf of First Judicial District Attorney Alexis King and Jefferson County Sheriff Regina Marinelli.

    Respectfully submitted this 28th day of December, 2023.

    JEFFERSON COUNTY ATTORNEY'S OFFICE

    */s/ Rebecca P. Klymkowsky*
    Rebecca P. Klymkowsky, No. 41673
    Assistant Deputy County Attorney
    100 Jefferson County Parkway, Suite 5500
    Golden, Colorado 80419
    E: rklymkow@jeffco.us

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2023, I filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** via CM/ECF which will serve a true and correct copy upon the following:

Kenneth Mark Burton
Mark Burton P.C.
1175 Osage Street, Suite 210
Denver, Colorado 80204
E: burtonslaw2000@yahoo.com
*Attorney for Plaintiff James Hunter*

Alexander James Dorotik
480 South Allison Parkway
Lakewood, Colorado 80226
E: adorotik@lakewood.org
CITY OF LAKEWOOD ATTORNEY'S OFFICE
*Attorneys for Defendants Jameson and Tewes*

                                                      */s/ Rebecca P. Klymkowsky*