IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-DDD-MEH

JAMES HUNTER,

    Plaintiff,

v.

ALEXIS KING, District Attorney for the First Judicial District, in her official capacity, et al.,

    Defendants.

## STIUPLATION FOR EXTENSION TO RESPOND TO COMPLAINT [ECF 2]

Pursuant to D.C.COLO.LCIVR 6. 1(a), Defendants First Judicial District Attorney Alexis King and Jefferson County Sheriff Regina Marinelli (the "District Attorney" and "Sheriff," respectively; collectively, the "County Defendants"), and Plaintiff James Hunter, by and through their respective counsel, hereby stipulate to a twenty-one (21) day extension of time for the County Defendants to respond to Plaintiff's Complaint [ECF 2]. The County Defendants will file their response to the Complaint on or before January 19, 2024.

Respectfully submitted this 28th day of December, 2023.

| JEFFERSON COUNTY ATTORNEY'S OFFICE | MARK BURTON, PC |
|---|---|
| */s/ Rebecca P. Klymkowsky* | */s/ K. Mark Burton* |
| Rebecca P. Klymkowsky, No. 41673 | Mark Burton, No. 30993 |
| Assistant Deputy County Attorney | 1175 Osage Street, Suite 210 |
| 100 Jefferson County Parkway, Suite 5500 | Denver, Colorado 80204 |
| Golden, Colorado 80419 | E: burtonslaw2000@yahoo.com |
| E: rklymkow@jeffco.us | |

## CERTIFICATE OF SERVICE

  I hereby certify that on December _____, 2023, I filed the foregoing STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT [ECF 2] via CM/ECF which will serve a true and correct copy upon the following:

Kenneth Mark Burton
Mark Burton P.C.
1175 Osage Street, Suite 210
Denver, Colorado 80204
E: burtonslaw2000@yahoo.com
*Attorney for Plaintiff James Hunter*

Alexander James Dorotik
480 South Allison Parkway
Lakewood, Colorado 80226
E: adorotik@lakewood.org
CITY OF LAKEWOOD ATTORNEY'S OFFICE
*Attorneys for Defendants Jameson and Tewes*

                 /s/ _____

  Pursuant to D.C.COLO.LCIVR 6.1(c), I hereby certify that I served a copy of this stipulation for a continuance upon the following via email:

District Attorney Alexis King

Jefferson County Sheriff Regina Marinelli

                 */s/ Rebecca P. Klymkowsky*_____
                 Rebecca P. Klymkowsky