# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-2989-DDD-MEH

JAMES HUNTER

    Plaintiff,

v.

ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity
CHRIS SCHAFFER, Director of the Colorado Bureau of Investigation, in his official capacity
REGGIE MARINELLI, Sherrif of the Jefferson County Sheriff's Department, in his official capacity,
KEVIN FISHER, Chief of Police for the Lakewood Police Department, in his individual capacity,
STEVEN JENSON, Former Deputy District Attorney for the Jefferson County District Attorney's office, in his individual capacity,
YVONNE M. WOODS, Officer, laboratory technician of the Colorado Bureau of Investigation in her individual capacity,
ALEX JAMESON, Former Detective of the Lakewood Police Department, in his individual capacity,
RICHARD TEWES, Officer of the Lakewood Police Department, in his individual capacity
PATRICK WILSON, Officer of the Lakewood Police Department, in his individual capacity.

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE
---

    Sarah A. Thomas of Overturf McGath & Hull, P.C. hereby enters her appearance as counsel of record on behalf of Defendant Yvonne M. Woods.

DATED this 16th day of January 2024.

          Respectfully submitted,

          **OVERTURF McGATH**
          **& HULL, P.C.**

By  *s/Sarah A. Thomas*
      Scott A. Neckers
      Steven W. Boatright
      Sarah A. Thomas
      Overturf McGath & Hull, P.C.
      625 East Sixteenth Avenue, Suite 100
      Denver, Colorado 80203
      Tel: (303)860-2848
      Fax: (303) 860-2869
      san@omhlaw.com
      swb@omhlaw.com
      sat@omhlaw.com
      *Attorneys for Defendant Yvonne M. Woods*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2024, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system with service as follows:

Kenneth Mark Burton
The Law Offices of Mark Burton
1175 Osage Street, Suite 210
Denver, CO 80204
Phone: (303) 517-1187
Fax: (303) 379-3922
Burtonslaw2000@yahoo.com
*Attorney for Plaintiff*

Alexander J. Dorotik
City of Lakewood
480 S. Allison Pkwy
Lakewood, CO 80226
(303) 987-7456
Fax: (303) 987-7671
adorotik@lakewood.org
*Attorney for Defendants Alex Jameson and Richard Tewes*

Rebecca P. Klymkowsky
Jefferson County Attorney's Office
Assistant Deputy County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
rklymkow@jeffco.us
*Attorney for Defendants Alexis King and Regina Marinelli*

*s/Jessica Pringle*