IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-DDD-MEH

JAMES HUNTER,

    Plaintiff,

v.

ALEXIS KING, District Attorney for the First Judicial District, in her official capacity,
CHRIS SCHAFFER, Director of the Colorado Bureau of Investigation, in his official capacity,
REGGIE MARINELLI, Sheriff of the Jefferson County Sheriff's Department, in her official capacity,
KEVIN FISHER, Chief of Police for the Lakewood Police Department, in his individual capacity,
STEVEN JENSON Former Deputy District Attorney for the Jefferson County District Attorney's office, in his individual capacity,
YVONNE M. WOODS Officer, laboratory technician of the Colorado Bureau of Investigation, in her individual capacity,
ALEX JAMESON Former Detective of the Lakewood Police Department, in his individual capacity,
RICHARD TEWES Officer of the Lakewood Police Department, in his individual capacity
PATRICK WILSON, Officer of the Lakewood Police Department, in his individual capacity

    Defendants.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Alexis King, District Attorney, First Judicial District

Reggie Marinelli, Jefferson County Sheriff

1

Respectfully submitted this 23rd day of January, 2024.

                                                JEFFERSON COUNTY ATTORNEY'S OFFICE

                                                */s/Amy L. Padden*
                                                Amy L. Padden
                                                Assistant County Attorney, County Attorney's Office
                                                100 Jefferson Parkway
                                                Golden, Colorado 80419
                                                T: 303.271.8900
                                                E: apadden@jeffco.us
                                                *Attorneys for the District Attorney and the Sheriff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Mark Burton, burtonslaw2000@yahoo.com

Alex Dorotik, adorotik@lakewood.org

Counsel for Ms. Woods: san@omhlaw.com, assistant@omhlaw.com, gs@omhlaw.com, jp@omhlaw.com, MC@OMHLAW.com

                                                                  s/ Amy Padden
                                                                  Amy Padden