# AFFIDAVIT OF SERVICE

| Case:<br>23-CV-02989 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: | Job:<br>10042263 (CO- 01) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>James Hunter | | **Defendant / Respondent:**<br>ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity., CHRIS SCHAFFER, Director of the Colorado Bureau of Investigations, in his official capacity., REGGIE MARINELLI, Sheriff of the Jefferson County Sheriff's Department, in his official capacity., KEVIN FISHER, Chief of Police for the Lakewood Police Department, in his Individual capacity., STEVEN JENSON, Former Deputy District Attorney for the Jefferson County District Attorney's office, in his individual capacity., YVONNE M. WOODS, Officer Laboratory technician of the Colorado Bureau of Investigation, in her individual capacity., ALEX JAMESON, Former Detective of the Lakewood Police Department, in his individual capacity., RECHARD TEWES, Officer of the Lakewood Police Department, in his individual capacity., PATRICK WILSON, Officer of The Lakewood Police Department, in his individual capacity. | |
| **Received by:**<br>VSPI Service of Process & Investigations LLC | | **For:**<br>Law Office of Mark Burton, P.C. | |
| **To be served upon:**<br>ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity | | | |

I, Daniel Roseman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity, 500 JEFFERSON COUNTY PARKWAY, GOLDEN, CO 80401 |
|---|---|
| Manner of Service: | Personal/Individual, Dec 8, 2023, 12:48 pm MST |
| Documents: | Summons (Received Dec 1, 2023 at 9:00am MST), Complaint filed.pdf (Received Dec 1, 2023 at 9:00am MST) |

**Additional Comments:**
1) Unsuccessful Attempt: Dec 7, 2023, 3:18 pm MST at 500 JEFFERSON COUNTY PARKWAY, GOLDEN, CO 80401
On arrival at location, I spoke with a clerk at the front desk, official position being a legal administrative assistant by the name of Alexis as well. She stated that the subject, Alexis KING will not have anybody except service on her behalf that she demands to be served in person herself Service except for tomorrow anytime before 1 PM. I acquired a phone number to contact the subject as well. 303-271-6800 no extension.

2) Successful Attempt: Dec 8, 2023, 12:48 pm MST at 500 JEFFERSON COUNTY PARKWAY, GOLDEN, CO 80401 received by ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 125; Height: 5'7"; Hair: Black;

*Daniel Roseman* (signature)                     12/08/2023

Daniel Roseman                                          Date
94182729 co

VSPI Service of Process & Investigations LLC
130 W 5th Ave
Denver, CO 80204
303-809-0451