# AFFIDAVIT OF SERVICE

| Case:<br>23-CV-02989 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: | Job:<br>10042526 (CO-01) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>James Hunter | | **Defendant / Respondent:**<br>ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity., CHRIS SCHAFFER, Director of the Colorado Bureau of Investigations, in his official capacity., REGGIE MARINELLI, Sheriff of the Jefferson County Sheriff's Department, in his official capacity., KEVIN FISHER, Chief of Police for the Lakewood Police Department, in his Individual capacity., STEVEN JENSON, Former Deputy District Attorney for the Jefferson County District Attorney's office, in his individual capacity., YVONNE M. WOODS, Officer Laboratory technician of the Colorado Bureau of Investigation, in her individual capacity., ALEX JAMESON, Former Detective of the Lakewood Police Department, in his individual capacity., RECHARD TEWES, Officer of the Lakewood Police Department, in his individual capacity., PATRICK WILSON, Officer of The Lakewood Police Department, in his individual capacity. | |
| **Received by:**<br>VSPI Service of Process & Investigations LLC | | **For:**<br>Law Office of Mark Burton, P.C. | |
| **To be served upon:**<br>REGGIE MARINELLI, Sheriff of The Jefferson County Sheriff,s Department, in his official capacity. | | | |

I, Daniel Roseman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | C.Zeno Deputy Sheriff badge # 22-23 of The Jefferson County Sheriff,s Department, in his official capacity., 200 JEFFERSON COUNTY PARKWAY, GOLDEN, CO 80401 |
| **Manner of Service:** | Government Agency, Dec 7, 2023, 2:55 pm MST |
| **Documents:** | Summons (Received Dec 1, 2023 at 9:00am MST), Complaint filed.pdf (Received Dec 1, 2023 at 9:00am MST) |

**Additional Comments:**
1) Successful Attempt: Dec 7, 2023, 2:55 pm MST at 200 JEFFERSON COUNTY PARKWAY, GOLDEN, CO 80401 received by C.Zeno Deputy Sheriff badge # 22-23 of The Jefferson County Sheriff,s Department, in his official capacity.. Age: 37; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 5'10"; Hair: Brown; Relationship: Deputy in the patrol division, see business card;
Upon service was stated to me that he would be able to get this where it was going into the people who it need to be delivered to.

*Daniel Roseman*        12/07/2023

Daniel Roseman        Date
94182729 co

VSPI Service of Process & Investigations LLC
130 W 5th Ave
Denver, CO 80204
303-809-0451