# AFFIDAVIT OF SERVICE

| Case:<br>23-CV-02989 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: | Job:<br>10261901 (CO-01) |
|---|---|---|---|

| Plaintiff / Petitioner:<br>James Hunter | Defendant / Respondent:<br>ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity., CHRIS SCHAFFER, Director of the Colorado Bureau of Investigations, in his official capacity., REGGIE MARINELLI, Sheriff of the Jefferson County Sheriff's Department, in his official capacity., KEVIN FISHER, Chief of Police for the Lakewood Police Department, in his Individual capacity., STEVEN JENSON, Former Deputy District Attorney for the Jefferson County District Attorney's office, in his individual capacity., YVONNE M. WOODS, Officer Laboratory technician of the Colorado Bureau of Investigation, in her individual capacity., ALEX JAMESON, Former Detective of the Lakewood Police Department, in his individual capacity., RECHARD TEWES, Officer of the Lakewood Police Department, in his individual capacity., PATRICK WILSON, Officer of The Lakewood Police Department, in his individual capacity. |
|---|---|

| Received by:<br>VSPI Service of Process & Investigations LLC | For:<br>The Law office of Mark Burton,PC. |
|---|---|

| To be served upon:<br>Chris Shaffer |
|---|

I, Daniel Roseman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Matthew Serran , State Building: 1525 SHERMAN STREET, DENVER, CO 80203 |
|---|---|
| Manner of Service: | Government Agency, Jan 19, 2024, 1:03 pm MST |
| Documents: | Summons and Complaint (Received Jan 2, 2022 at 9:00am MST) |

**Additional Comments:**
1) Unsuccessful Attempt: Jan 19, 2024, 12:11 pm MST at 1300 BROADWAY, DENVER, CO 80203
This building is closed. They will be taking all service of process at 1526 Sherman St. that's in Denver Colorado

2) Successful Attempt: Jan 19, 2024, 1:03 pm MST at State Building: 1525 SHERMAN STREET, DENVER, CO 80203 received by Matthew Serran . Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'8"; Hair: Gray; Relationship: Front desk receptionist at state of Colorado, and authorized to receive;
Location was moved to this new address at 1525 Sherman because they had problems in their other building. This will be their permanent location for around the next year. He stated.

**Fees:**

_Daniel Rose_ (signature)

_____   01/19/2024
Daniel Roseman                **Date**
94182729 co

VSPI Service of Process & Investigations LLC
130 W 5th Ave
Denver, CO 80204
303-809-0451