IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-DDD-MEH

JAMES HUNTER,

    **Plaintiff,**

v.

ALEXIS KING District Attorney for the 1 st Judicial District, in her official capacity.

CHRIS SCHAFFER, Director of the Colorado Bureau of Investigation, in his official capacity,

REGGIE MARINELLI, Sheriff of the Jefferson County Sheriff's Department, in his official capacity,

CHIEF SMITH, Chief of Police for the Lakewood Police Department, in his official capacity; and

YVONNE M. WOODS Officer, laboratory technician of the Colorado Bureau of Investigation, in her individual capacity.

    **Defendants.**

---

### NOTICE OF AMENDED COMPLAINT
---

The Plaintiff, hereby gives notice of the filing of an amended complaint on February 9, 2024 pursuant to D.C.Colo.LCivR 15.1(a). A redlined version of the original complaint is filed herewith as an exhibit.

**Respectfully submitted,**

Dated this 22nd day of February 2024

s/Kenneth Mark Burton

_____
Kenneth Mark Burton
ATTORNEYAT LAW
The Law Offices of Mark Burton,
1173 Osage Street, Suite 210
Denver CO, 80204
Phone 303.517-1187
Fax 303.379-3922
Email:  burtonslaw2000@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February 2024 I served a true and correct copy of the foregoing: **NOTICE OF AMENDED COMPLAINT** with the Clerk of the Court by CM/ECF system and to all attorneys of record.

/s Kenneth Mark Burton

| Owner's Name | Date of Birth | Address (Res) Zip Code (Bus) | | Telephone | (x=day) |
|---|---|---|---|---|---|
| LPD | | | | | |
| Arrestee | Date of Birth | Address (Res) Zip Code (Bus) | | Telephone | (x=day) |
| | | | | | |
| Received From | Date of Birth | Address (Res) Zip Code (Bus) | | Telephone | (x=day) |
| CBI | | | | | |
| Agent Receiving/ID Number | | Date/Time Received | Date/Time Booked 1/6/03 | Location Received | |
| S. Marmolejo 5665 | | 12/5/02 1355 | 1500 | CBI | |
| Property Technician Receiving/ID Number | | Date/Time Received | Personal Receipt | Bin Number | |
| S Marmolejo 5665 | | 1/6/03 1500 | ☐ Yes  ☐ No | HAZ22 | |
| Release Items (Number) | Authorized by/ID Number | | Date | Time | |
| Release Items (Number) | Authorized by/ID Number | | Date | Time | |

| Item Number | Quantity | Description | Gross Weight/Serial Number | Bin Number |
|---|---|---|---|---|
| 1 | 1 | Hair/fiber packet #2 | | |

**Narrative**

Above item received from CBI. Checked in on report w/ original hair+fiber packet. When tech Bernardi went to CBI on 12/26/02, she picked up a hair and fiber packet. After researching why we had (2) hair+fiber packets, was discovered that Det Jameson separated items from original packet and had Det. W.E. take to CBI. Booked those items on this new report.

Agent Signature/ID Number: S Marmolejo 5665
Investigating Agent: Det. Jameson

76 DPS 3 (Rev. 1/91)

002CR01612, 3002CR03254        6        000978

Exhibit