# Case History

| | | | | |
|---|---|---|---|---|
| ☐ Filed by People | **Case Number:** 2002CR003254 ➕ | | **Division:** 14 | |
| ☐ Filed by Defendant | **Case Type:** Sex Offenses | | **Judicial Officer:** Diego G Hunt | |
| ☐ Filed by Court | **Case Caption:** The People of the State of Colorado v. Hunter, James Henry | | **Court Location:** Jefferson County | |
| ☐ Filed by Probation | | | **Appellate Case Number:** 2004CA699 - Court of Appeals | |
| | | | 2008CA316 - Court of Appeals | |

**This case has no documents available due to the implementation of Senate Bill 23-075.**

Show [100 ▾]   1 - 100 of 220

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| E07BD2296B6F4 | 12/30/2023 4:46 PM | K Mark Burton | The Law Office of Mark Burton | James Henry Hunter | | Substitution of Counsel | Substitution of Counsel |
| 6BDDE8AA8F401 | 12/10/2023 3:45 PM | K Mark Burton | The Law Office of Mark Burton | James Henry Hunter | | Entry of Appearance | Entry of Appearance |
| N/A (Details) | 07/18/2023 2:08 PM | Diego G Hunt | Jefferson County | N/A | | Order | Order Denying the Petition for Return of Monies |
| N/A (Details) | 04/19/2023 12:02 PM | N/A | N/A | James Henry Hunter | | Letter | Letter concerning previously filed motion |
| N/A (Details) | 04/13/2023 | N/A | N/A | James Henry Hunter | | Motion | Motion for return of monies in accordance with CRS 16-18.5-106.5 |
| 497F1EFF6F67A | 11/15/2022 5:01 PM | Jud A Lohnes | Korey Wise Innocence Project | James Henry Hunter | | Entry of Appearance | Entry of Appearance |
| N/A (Details) | 05/24/2022 4:30 PM | Non-Party | N/A | Non-Party | | Filing Other | COPY OF SC ORDER OF COURT - PETITION FOR WRIT OF CERTIORARI DENIED |
| N/A (Details) | 05/23/2022 | Non-Party | N/A | Non-Party | | Mandate from Appeals Court | Mandate from Appeals Court -ORDER AFFIRMED |
| N/A (Details) | 01/27/2022 | Non-Party | N/A | Non-Party | | Filing Other | Opinion from COA- ORDER AFFIRMED |
| B5C6AF1861832 | 03/16/2021 4:04 PM | Reid Robertson Allison | Killmer Lane LLP | James Henry Hunter | | Entry of Appearance | Entry of Appearance - Reid Allison |
| EC247189DB867 | 03/16/2021 4:00 PM | Liana Gerstle Orshan | Killmer Lane LLP | James Henry Hunter | | Entry of Appearance | Entry of Appearance - Liana Orshan |
| BFA68CE2AC443 | 03/16/2021 3:56 PM | David A Lane | Killmer Lane LLP | James Henry Hunter | | Entry of Appearance | Entry of Appearance - David A. Lane |
| N/A (Details) | 07/30/2020 4:03 PM | Diana Coffey | Jefferson County | N/A | | Notice | NOTICE OF ELECTRONIC RECORD CERTIFIED TO THE COLORADO COURT OF APPEALS |
| N/A (Details) | 07/24/2020 11:53 AM | Firm Suspense Account | Jefferson County | N/A | | Filing Other | COURT OF APPEALS ORDER OF COURT RE SHOW CAUSE ORDER |
| N/A (Details) | 07/14/2020 | Firm Suspense Account | Jefferson County | N/A | | Filing Other | Receipt for Record Returned |
| N/A (Details) | 07/01/2020 | Firm Suspense Account | Jefferson County | N/A | | Filing Other | COA ORDER OF COURT (Show cause) |
| 82B1E03EC8FA1 | 06/29/2020 3:01 PM | Thomas Blumenthal Esq. | Blumenthal Law Firm | James Henry Hunter | | Entry of Appearance | Entry of Appearance and Discovery Request |
| N/A (Details) | 06/25/2020 | Firm Suspense Account | Jefferson County | N/A | | Advisory Notice - NAPF | Advisory Notice - NAPF (20CA993) |
| N/A (Details) | 05/28/2020 | N/A | N/A | James Henry Hunter | | Notice of Appeal | Notice of Appeal filed with Court of Appeals |
| N/A (Details) | 04/09/2020 4:15 PM | N/A | N/A | James Henry Hunter | | Petition | Petition for re-hearing |
| N/A (Details) | 03/26/2020 11:38 AM | Diego G Hunt | Jefferson County | N/A | | Order (Related Document) | Order Denying Application - Court Appointed Counsel |
| N/A (Details) | 03/26/2020 11:36 AM | Diego G Hunt | Jefferson County | N/A | | Order (Related Document) | Order Denying Petition for complete and advanced DNA testing with appointment of counsel and expert testimony |
| N/A (Details) | 03/23/2020 | N/A | N/A | James Henry Hunter | | Petition (Related Document) | Petition for complete and advanced DNA testing with appointment of counsel and expert testimony |
| N/A (Details) | 03/23/2020 | N/A | N/A | James Henry Hunter | | Application - CAC/State Paid Professional (Related Document) | Application - Court Appointed Counsel |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security | |
|---|---|---|---|---|---|---|---|---|
| | N/A (Details) | 02/18/2020 | N/A | N/A | James Henry Hunter | | Letter | Letter from Defendant |
| | N/A (Details) | 02/05/2020 | Non-Party | N/A | Non-Party | | Mandate from Appeals Court | Mandate from Appeals Court - ORDER AFFIRMED |
| | N/A (Details) | 02/03/2020 | Non-Party | N/A | Non-Party | | Filing Other | SUPREME COURT ORDER OF COURT - WRIT DENIED |
| | N/A (Details) | 11/20/2019 4:44 PM | Diego G Hunt | Jefferson County | N/A | | Order (Related Document) | Order Granting in Part Motion to have Assigned Counsel Withdrawn |
| | N/A (Details) | 11/15/2019 | Non-Party | N/A | Non-Party | | Filing Other | Copy of Motion for Extension of Time filed with Colorado Supreme Court |
| | N/A (Details) | 11/15/2019 | N/A | N/A | James Henry Hunter | | Motion | Motion for Appointment of Counsel |
| | N/A (Details) | 11/15/2019 | N/A | N/A | James Henry Hunter | | Motion (Related Document) | Motion to have Assigned Counsel Withdrawn |
| | N/A (Details) | 11/14/2019 2:38 PM | Diego G Hunt | Jefferson County | N/A | | Order | Re: Motion for Appointment of Counsel |
| | N/A (Details) | 10/31/2019 | N/A | N/A | James Henry Hunter | | Motion | Motion for Updated Status on Appointment of Counsel |
| | N/A (Details) | 10/02/2019 | N/A | N/A | James Henry Hunter | | Motion | Motion for appointment of counsel |
| | N/A (Details) | 07/16/2019 | Diana Coffey | Jefferson County | N/A | | Letter | Letter in Response to Request for Documents |
| | N/A (Details) | 07/11/2019 | N/A | N/A | James Henry Hunter | | Letter | Letter Re Request for Documents |
| | N/A (Details) | 04/25/2019 | Non-Party | N/A | Non-Party | | Filing Other | OPINION COURT OF APPEALS - ORDER AFFIRMED |
| | N/A (Details) | 05/03/2018 | Non-Party | N/A | Non-Party | | Filing Other | RECEIPT FOR TRIAL COURT RECORD |
| | N/A (Details) | 03/19/2018 | Non-Party | N/A | Non-Party | | Filing Other | APPELLATE RECORD - 17CA2112 - EXHIBITS |
| | N/A (Details) | 03/19/2018 | Non-Party | N/A | Non-Party | | Filing Other | APPELLATE RECORD - 17CA2112 - SEALED FILE |
| | N/A (Details) | 03/19/2018 | Non-Party | N/A | Non-Party | | Filing Other | APPELLATE RECORD - 17CA2112 - COURT FILE |
| | N/A (Details) | 03/19/2018 | Diana Coffey | Jefferson County | N/A | | Notice | NOTICE OF ELECTRONIC RECORD CERTIFIED TO THE COLORADO COURT OF APPEALS |
| | N/A (Details) | 02/28/2018 | Non-Party | N/A | Non-Party | | Filing Other | APPEAL REQUEST FOR EXHIBITS DA COMPLETION FORM |
| | N/A (Details) | 02/28/2018 | Non-Party | N/A | Non-Party | | Filing Other | DA Completion Form for Exhibits |
| | N/A (Details) | 02/15/2018 | Diana Coffey | Jefferson County | N/A | | Affidavit | AFFIDAVIT OF APPEALS CLERK REGARDING RECORD ON APPEAL |
| | N/A (Details) | 01/19/2018 | N/A | N/A | James Henry Hunter | | Designation of Record or Transcript on Appeal | Amended Designation of Record on Appeal |
| | N/A (Details) | 01/12/2018 | Non-Party | N/A | Non-Party | | Filing Other | COPY OF COURT OF APPEALS ORDER - NOTICE OF APPEAL |
| | BB728BE5FEBA4 | 12/09/2017 11:53 AM | Thomas Eugene Henry | Thomas Eugene Henry Attorney at Law | James Henry Hunter | | Designation of Record on Appeal | Designation of Record on Appeal |
| | N/A (Details) | 12/04/2017 | Non-Party | N/A | Non-Party | | Advisory Notice - NAPF | Advisory Notice - NAPF |
| | N/A (Details) | 11/20/2017 | N/A | N/A | James Henry Hunter | | Notice of Appeal | Copy of Notice of Appeal (filed with Court of Appeals) |
| | N/A (Details) | 09/13/2017 3:42 PM | Todd Vriesman | Jefferson County | N/A | | Order | Order re: Motion to Reconsider Denial of 35(c) |
| | 41BD5AF823B67 | 09/12/2017 4:04 PM | Steven Lawrence Jensen | 1st Judicial District Attorneys Office | The People of the State of Colorado | | Reply | People's Reply to Defense Motion Requesting Response |
| | AC182AE9E5E3A | 09/09/2017 1:19 PM | Thomas Eugene Henry | Thomas Eugene Henry Attorney at Law | James Henry Hunter | | Motion | MOTION FOR COURT RESPONSE TO DEFENDANTS MOTION FOR RECONSIDERATION |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 29D4DF472E4B9 | 05/14/2017 2:44 PM | Thomas Eugene Henry | Thomas Eugene Henry Attorney at Law | James Henry Hunter | | Motion | MOTION FOR RECONSIDERATION AND/ORMODIFICIATION OF COURT ORDER DENYING DEFENDANTS RULE 35 (C) |
| | N/A (Details) | 05/05/2017 4:08 PM | Todd Vriesman | Jefferson County | N/A | Order | Order re: Defendant's Motion to Vacate Conviction |
| 32E6664954C04 | 12/06/2016 5:00 AM | Thomas Eugene Henry | Thomas Eugene Henry Attorney at Law | James Henry Hunter | | Reply | Reply Rebuttal Response |
| BF863D6C0E048 | 11/28/2016 4:27 PM | Steven Lawrence Jensen | 1st Judicial District Attorneys Office | The People of the State of Colorado | | Response | People's Response to Defendant's 35 (C) Motion |
| | N/A | 10/26/2016 | N/A | N/A | N/A | Order | N/A |
| | N/A | 10/19/2016 | N/A | N/A | N/A | Request | N/A |
| | N/A | 08/30/2016 | N/A | N/A | N/A | Motion | N/A |
| | N/A | 10/24/2013 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 09/06/2013 | N/A | N/A | N/A | Mandate from Appeals Court | N/A |
| | N/A | 07/19/2013 | N/A | N/A | N/A | Mandate from Appeals Court | N/A |
| | N/A | 09/01/2010 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 06/11/2008 | N/A | N/A | N/A | Letter | N/A |
| | N/A | 05/21/2008 | N/A | N/A | N/A | Letter | N/A |
| | N/A | 05/19/2008 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 05/13/2008 | N/A | N/A | N/A | Affidavit | N/A |
| | N/A | 05/13/2008 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 03/07/2008 | N/A | N/A | N/A | Order | N/A |
| | N/A | 03/07/2008 | N/A | N/A | N/A | Motion | N/A |
| | N/A | 03/07/2008 | N/A | N/A | N/A | Application - CAC/State Paid Professional | N/A |
| | N/A | 02/22/2008 | N/A | N/A | N/A | Advisory Notice - NAPF | N/A |
| | N/A | 02/19/2008 | N/A | N/A | N/A | Notice of Appeal | N/A |
| | N/A | 01/16/2008 | N/A | N/A | N/A | Order | N/A |
| | N/A | 01/10/2008 | N/A | N/A | N/A | Sex Offender Registered | N/A |
| | N/A | 01/09/2008 | N/A | N/A | N/A | Case Closed - Post Judgment | N/A |
| | N/A | 01/09/2008 | N/A | N/A | N/A | Mittimus Issued - Amended | N/A |
| | N/A | 01/07/2008 | N/A | N/A | N/A | Motion | N/A |
| | N/A | 01/03/2008 | N/A | N/A | N/A | Sexually Violent Predator | N/A |
| | N/A | 01/03/2008 | N/A | N/A | N/A | Minute Order - Print | N/A |
| | N/A | 12/06/2007 | N/A | N/A | N/A | Request | N/A |
| | N/A | 12/06/2007 | N/A | N/A | N/A | Order | N/A |
| | N/A | 11/21/2007 | N/A | N/A | N/A | Motion | N/A |
| | N/A | 11/09/2007 | N/A | N/A | N/A | Reopen - Post Judgment | N/A |
| | N/A | 10/22/2007 | N/A | N/A | N/A | Motion | N/A |
| | N/A | 06/30/2007 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 06/29/2007 | N/A | N/A | N/A | Remand | N/A |
| | N/A | 06/28/2007 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 06/27/2005 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 06/14/2005 | N/A | N/A | N/A | Affidavit | N/A |
| | N/A | 06/13/2005 | N/A | N/A | N/A | Letter | N/A |
| | N/A | 06/02/2005 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 04/28/2005 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 03/11/2005 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 03/08/2005 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 03/08/2005 | N/A | N/A | N/A | Affidavit | N/A |
| | N/A | 03/08/2005 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 02/18/2005 | N/A | N/A | N/A | Filing Other | N/A |
| | N/A | 02/11/2005 | N/A | N/A | N/A | Filing Other | N/A |

1 - 100 of 220