**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-CV-02989-DDD-MEH

JAMES HUNTER,

        Plaintiff,


v.



ALEXIS KING, et al.,

        Defendants.

---

**MOTION TO SET HEARING**
**RE: MOTION FOR TEMPORARY RESTRAINING ORDER**

---

Plaintiff James Hunter, by and through council Kenneth Mark Burton, of the Law Office of Mark Burton PC, respectfully moves the Court for a hearing regarding his application for a temporary restraining order [DOC# 50], as follows:

The plaintiff Mr. Hunter has filed a motion for a temporary restraining Order [DOC# 50] based on extraordinary circumstances that require an immediate hearing pursuant to Fed. R. Civ. P. 65. The Plaintiff respectfully moves the court to set a hearing on this critical issue.

WHEREFORE, the plaintiff moves the Courts for an order setting this matter for a hearing at its earliest convenience.

2

Respectfully submitted this 29th, day of February 2024.

/s K. Mark Burton_____
Kenneth Mark Burton
ATTORNEY AT LAW
The Law Office of Mark Burton,
1175 Street, Suite 210
Denver CO, 80204
Phone 303-517-1187
Fax 303-379-3922
Email:  burtonslaw2000@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February 2024, I served a true and correct copy of the foregoing: **MOTION TO SET HEARING RE: MOTION FOR TEMPORARY RESTRAINING ORDER** with the Clerk of the Court by CM/ECF system and to all attorneys of record.

/s Kenneth Mark Burton
**Kenneth Mark Burton**