IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-DDD-MEH

JAMES HUNTER,

    Plaintiff,

v.

ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity,
CHRIS SCHAFFER, Director of the Colorado Bureau of Investigation, in his official capacity,
SHERRIFF REGGIE MARINELLI, Sheriff of the Jefferson County Sheriff's Department, in his official capacity,
KEVIN FISHER, Chief of Police for the Lakewood Police Department, in his individual capacity,
STEVEN JENSEN, Former Deputy District Attorney for the Jefferson County District Attorney's office, in his individual capacity,
YVONNE M. WOODS, Officer, laboratory technician of the Colorado Bureau of Investigation, in her individual capacity,
ALEX JAMESON, Former Detective of the Lakewood Police Department, in his individual capacity,
RICHARD TEWES, Officer of the Lakewood Police Department, in his individual capacity, and
PATRICK WILSON, Officer of the Lakewood Police Department, in his individual capacity,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on March 1, 2024.**

    Before the Court is Plaintiff's Motion for Preliminary Injunction [ECF 48] and Defendants' Motions to Dismiss [ECFs 41, 43, 47]. Responses to these Motions are due on or before **March 7, 2024**. Replies may be filed on or before **March 12, 2024**.

    The Court will hear oral argument on these Motions, as well as the Motion to Stay [ECF 44], at the March 13, 2024 Scheduling Conference. To accommodate these additional matters, the Scheduling Conference set for March 13, 2024 at 10:30 a.m. is **reset**—**time change only**—to **March 13, 2024 at 2:15 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    As a reminder, pursuant to ECF 38, the Parties shall file a proposed Scheduling Order and email a Word copy of the proposed Scheduling Order to Chief Magistrate Judge Hegarty's Chambers (hegarty_chambers@cod.uscourts.gov) on or before **March 6, 2024**.