IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-DDD-MEH

JAMES HUNTER,

    Plaintiff,

v.

ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity,
CHRIS SCHAFFER, Director of the Colorado Bureau of Investigation in his official capacity,
REGGIE MARINELLI, Sheriff of the Jefferson County Sheriff's Department, in his official capacity,
CHIEF SMITH, Chief of Police for the Lakewood Police Department, in his official capacity, and
YVONNE M. WOODS, Officer, laboratory technician of the Colorado Bureau of Investigation, in her individual capacity,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant Chris Schaefer. All pleadings, correspondence, notices, and other documents should be sent to undersigned counsel at the address specified.

Respectfully submitted March 7, 2024.

                        PHILIP J. WEISER
                        Attorney General

                        *s/ Kelley M. Dziedzic*
                        KELLEY M. DZIEDZIC*
                        Assistant Attorney General
                        Civil Litigation & Employment Section
                        1300 Broadway, 10th Floor
                        Denver, CO  80203
                        Telephone:  (720) 508-6000
                        FAX:  (720) 508-6032
                        Email: Kelley.Dziedzic@coag.gov
                        *Attorney for Defendant Chris Schaefer*

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing **NOTICE OF ENTRY OF APPEARANCE** upon all parties by **E-FILING** with the court via CM-ECF system, at Denver, Colorado, this 7th day of March 2024, addressed as follows:

Kenneth Mark Burton
Burtonslaw2000@yahoo.com
*Attorney for Plaintiff*

Amy Lenore Padden
apadden@jeffco.us
Rebecca Philana Klymkowsky
rklymkow@jeffco.us
*Attorneys for Defendants Alexis King & Reggie Marinelli*

Sarah Anne Thomas
sat@omhlaw.com
Scott Aaron Neckers
san@omhlaw.com
Steven William Boatright
swb@omhlaw.com
*Attorneys for Defendant Yvonne Woods*

Alexander James Dorotik
adorotik@lakewood.org
*Attorney for Defendant Chief Smith*

*Courtesy copy e-mailed to client representatives*:
Anthony DeCesaro, CDOC

*s/ Jennifer Kaercher & Mariah Cruz-Nanio*

2