IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02989-DDD-MEH

JAMES HUNTER,

    Plaintiff,

v.

ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity,
CHRIS SCHAFFER, Director of the Colorado Bureau of Investigation in his official capacity,
REGGIE MARINELLI, Sheriff of the Jefferson County Sheriff's Department, in his official capacity,
CHIEF SMITH, Chief of Police for the Lakewood Police Department, in his official capacity, and
YVONNE M. WOODS, Officer, laboratory technician of the Colorado Bureau of Investigation, in her individual capacity,

    Defendants.

**DEFENDANT SCHAEFER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PETITION FOR PRELIMINARY INJUNCTION (ECF NO. 48)**

Defendant Chris Schaefer[1], Director of the Colorado Bureau of Investigation ("Defendant" or "Schaefer"), through the Colorado Attorney General, hereby respectfully requests an extension of time to file a response to Plaintiff's Petition for Preliminary Injunction (ECF NO. 48). In support, Defendant Schaefer states the following:

---

[1] The correct spelling of Defendant's last name is "Schaefer," not Schaeffer, as indicated in the caption.

## CERTIFICATE OF CONFERRAL

1. Pursuant to D.C.Colo.L.Civ.R. 7.1(A), undersigned counsel certifies that she attempted conferral regarding the requested extension by emailing all counsel of record on March 7, 2024. Counsels for Defendants Woods and Smith stated they do not oppose the requested relief. As of the time of filling, counsel for Plaintiff and counsel for Defendants King and Marinelli have not responded.

## MOTION

2. On November 13, 2023, Plaintiff, James Hunter, filed a Complaint against all defendants asserting violations of his rights under the Fourteenth Amendment of the United States Constitution. ECF No. 2.

3. On January 29, 2024, Mr. Hunter filed an affidavit of service indicating that Defendant Schaefer was personally served on January 19, 2024, at the Attorney General's temporary office location, 1525 Sherman Street, Denver. ECF No. 32.

4. The Attorney General's Office is not authorized to accept service on behalf of Defendant Schaefer, and on or about February 14, 2024, undersigned counsel contacted counsel for Mr. Hunter to inform him that service had not been properly made on Defendant Schaefer. During that conversation, undersigned counsel indicated that she was authorized to waive service, provided that counsel sent a waiver form.

5. On February 21, 2024, counsel for Mr. Hunter provided undersigned counsel with a waiver, which she completed on February 26, 2024. See attached Exhibit A.

6. Pursuant to Fed. R. Civ. P. 4(d)(3), Defendant Schaefer has 60 days from February 21, 2024 to respond to the Complaint, making his response due on April 22, 2024.

7. In an Order filed on January 30, 2024, this Court set a Scheduling Conference for March 13, 2024, at 10:30 a.m. As part of that Order, Mr. Hunter was directed to "notify all Parties who have not entered an appearance of the date and time of the scheduling conference." ECF No. 38.

8. On February 29, 2024, Mr. Hunter filed a Petition for Preliminary Injunction seeking the following: an Order restraining Defendants from "modifying, concealing, and or destroying any evidence including biological evidence, related to the James Hunter criminal case, case number, 02CR354"; requiring defendants to turn over all exculpatory or material evidence including "complete and unredacted internal reports related to defendant Woods testing practices and, or, criminal activity"; leave to conduct a deposition of the defendants; leave to conduct DNA testing of all biological evidence in defendants' possession; and, access to a "detailed report identifying each of the basis for Yvonne Woods release from Colorado Bureau of Investigations, including information related to the improper testing methods and protocols used in Mr. Hunter [sic] criminal case related to identification." ECF No. 48 at p. 16.

9. In an Order dated March 1, 2024, this Court ordered the parties to respond to Plaintiff's Motion for Preliminary Injunction on or before March 7, 2024.  ECF No. 53

3

10. Defendant Schaefer now respectfully requests a one-week extension of time to file a response to Plaintiff's Motion for Preliminary Injunction, up to and including March 14, 2024. Good cause exists for this extension because, contrary to the Court's January 30, 2024 Order (ECF No. 38), counsel for Mr. Hunter did not communicate to her that a Scheduling Conference was set for March 13, 2024, nor did he ever serve counsel with a copy of the Preliminary Injunction Motion. Accordingly, counsel only became aware of the Motion, and conference, upon entering her appearance on March 7, 2024, which is the deadline to respond to the Motion. Having only learned of the Motion, and Conference, on the date a response is due, counsel requires additional time to review the Motion, speak with Defendant Schaefer, and determine an appropriate response.

11. In addition to this case, undersigned counsel has been in deposition prep for a Rule 30(b)(6) deposition all day on March 7, 2024, at Denver Women's Correctional Facility. Additionally, co-counsel on this case, Cole Woodward, is appearing in Larimer County District Court on March 7 for a subpoena matter and is also unable to review the Motion and formulate a response today. Undersigned counsel understands that the Court would like to hear the parties' position regarding the Motion for Preliminary Injunction at the March 13, 2024 Scheduling Conference. Undersigned counsel is confident that by that date, she will be prepared to address Defendant Schaefer's position, even if it requires a follow-up written response on March 14, 2024. Moreover, once undersigned as an opportunity to review the Motion, and co-defendants' responses, it is entirely possible that Defendant Schaefer may join in their positions, and any further written response will become unnecessary.

12. This is Defendant Schaefer's first request for an extension of this deadline, and it is not made for the purpose of delay. It is Defendant Schaefer's position that no party will be prejudiced by this extension given the likelihood that Defendant Schaefer may decide to join in the co-defendants' respective positions.

WHEREFORE, Defendant Schaefer respectfully requests an extension of time to respond to Plaintiff's Petition for Preliminary Injunction (ECF No. 48), to and including March 14, 2024.

Respectfully submitted March 7, 2024.

        PHILIP J. WEISER
        Attorney General

        *s/ Kelley M. Dziedzic*
        KELLEY M. DZIEDZIC*
        COLE J. WOODWARD*
        Assistant Attorney General
        Civil Litigation & Employment Section
        1300 Broadway, 10th Floor
        Denver, CO  80203
        Telephone:  (720) 508-6000
        FAX:  (720) 508-6032
        Email: Kelley.Dziedzic@coag.gov
        Cole.Woodward@coag.gov
        *Attorneys for Defendant Chris Schaefer*

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing **DEFENDANT SCHAEFER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PETITION FOR PRELIMINARY INJUNCTION (ECF NO. 48)** upon all parties by **E-FILING** with the court via CM-ECF system, at Denver, Colorado, this 7th day of March 2024, addressed as follows:

Kenneth Mark Burton
Burtonslaw2000@yahoo.com
*Attorney for Plaintiff*

*Courtesy copy e-mailed to client representatives*:
Anthony DeCesaro, CDOC

Amy Lenore Padden
apadden@jeffco.us
Rebecca Philana Klymkowsky
rklymkow@jeffco.us
*Attorneys for Defendants Alexis King & Reggie Marinelli*

Sarah Anne Thomas
sat@omhlaw.com
Scott Aaron Neckers
san@omhlaw.com
Steven William Boatright
swb@omhlaw.com
*Attorneys for Defendant Yvonne Woods*

Alexander James Dorotik
adorotik@lakewood.org
*Attorney for Defendant Chief Smith*

*s/ Jennifer Kaercher*