IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-02989-DDD-MEH | Date: | March 13, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                                         *Counsel:*

JAMES HUNTER,                                          Kenneth Mark Burton

    Plaintiff,

v.

ALEXIS KING,                                               Amy Padden
CHRIS SCHAFFER,                                       Cole Woodward
REGGIE MARINELLI,                                   Rebecca Klymkowsky
YVONNE M. WOODS,                                  Steven Boatright
SMITH,                                                          Alexander Dorotik

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**
**ORAL ARGUMENT & SCHEDULING CONFERENCE**

**Court in session:**     2:28 p.m.

Court calls case.   Appearances of counsel.

The Court hears the Parties' arguments regarding Plaintiff's [ECF 48] *Petition for Preliminary Injunction*, Defendant Woods' [ECF 47] *Motion to Dismiss Plaintiff's First Amended Complaint*, Defendants King and Marinelli's [ECF 43] *Motion to Dismiss First Amended Complaint*, and Defendant Smith's [ECF 41] *Motion to Dismiss First Amended Complaint*. Plaintiff voluntarily dismisses Defendant Marinelli from the case and withdraws any perceived allegation of conspiracy.

Defendant Schaffer, whose deadline to respond to or otherwise answer the First Amended Complaint is pending, joins in the other Defendants' Motions to Dismiss. The Court grants Defendant Schaffer leave to file supplemental briefing and sets deadlines for the briefing.

The Court takes the Petition for Preliminary Injunction and Motions to Dismiss under advisement. Accordingly, the Court grants Defendant King's [ECF 44] Motion to Stay and defers the Scheduling Conference until final resolution of Defendants' Motions to Dismiss, should this case proceed.

**ORDERED:** Defendant Reggie Marinelli, *Sheriff of the Jefferson County Sheriff's Department in his Official Capacity*, is voluntarily **DISMISSED**, as stated on the record.

Defendant Shaffer may file a supplemental dismissal brief on or before **March 27, 2024**. Plaintiff may respond on or before **April 10, 2024**.

Defendant King's [ECF 44] *Motion to Stay Discovery* is **GRANTED**. Discovery is **STAYED** pending final resolution of Defendants' Motions to Dismiss. If the final ruling on the Motions to Dismiss does not entirely dispose of the case, the Parties shall jointly email Chief Magistrate Judge Hegarty's Chambers (Hegarty_Chambers@cod.uscourts.gov) to reset the Scheduling Conference.

**Court in recess:**     3:14 p.m.     (Conference concluded)
**Total time in Court: 00:46**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.