IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02989-DDD-MEH

JAMES HUNTER,

    Plaintiff,

v.

ALEXIS KING, District Attorney for the 1st Judicial District, in her official capacity;
CHRIS SCHAFFER, Director of the Colorado Bureau of Investigation, in his official capacity;
CHIEF SMITH, Chief of Police for the Lakewood Police Department, in his individual capacity;
YVONNE M. WOODS Officer, laboratory technician of the Colorado Bureau of Investigation, in her individual capacity;

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed April 19, 2024, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Defendants, Alexis King; Chris Schaffer; Chief Smith; and Yvonne M. Woods, and against Plaintiff, James Hunter, on Defendants' motions to dismiss. It is further

    ORDERED that Plaintiff's Amended Complaint and action are dismissed without prejudice.

1

DATED at Denver, Colorado this 19th day of April, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk